UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      Case No. 8:12-cr-496-T-24AEP

EARL EUGENE HAMPTON

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for a Final Judgment of Forfeiture for a 2004 Dodge Quad Cab ST, Florida Registration ACN84, Vehicle Identification Number 3D7MA48C54G122557.

Being fully advised in the premises, the Court finds that on April 24, 2013, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Hampton in the asset, pursuant to 21 U.S.C. § 853. Doc. 63.

The Court further finds that the forfeiture was included in the Judgment in a Criminal Case. Docs. 73 and 76.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from April 26, 2013 through May 25, 2013. Doc. 71. The publication gave notice to all third parties with a legal

interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that United States sent Kenneth Leon Martin, via certified U.S. mail, Notice of Forfeiture. The Notice of Forfeiture instructed him that, pursuant to 21 U.S.C. § 853(n)(2), he had 30 days from the receipt of notice in which to file a claim.

The Court further finds that no person, other than the defendant Hampton, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and Kenneth Leon Martin are known to have an interest in the asset. No third party, has filed a petition or claimed an interest in the asset, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the asset is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this __2nd__ day of _August_ _____, 2013.

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE